| | |
|---|---|
| 1 | |
| 2 | Attorneys for Plaintiffs, |
| 3 | Bubalo Hiestand & Rotman, PLC<br>9300 Shelbyville Road, Suite 215 |
| 4 | Louisville, KY 40222<br>(502) 753-1600 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-03166-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| RHODA OVERSTREET<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC; PFIZER, INC; JOHN<br>DOE ONE; JOHN DOE TWO<br><br>　　　　　Defendants. | **STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, RHODA OVERSTREET, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 12-14, 2009    BUBALO HIESTAND & ROTMAN, PLC

By: _Leslie M. Cronen_
Leslie M. Cronen
Attorneys for Plaintiffs

DATED: February 3, 2010    DLA PIPER LLP (US)

By: _Michelle_
Michelle W. Sadowsky
Attorneys for Defendants Pfizer

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Date: FEB 1 6 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE